UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: _____
MAGISTRATE JUDGE: _____

JUDITH RIVAS,

    Plaintiff,

vs.

NEW GENERATION FOOD MARKET, INC.,
a Florida profit corporation; FREDDY A.
RODRIGUEZ, individually; DIOGNE B.
RODRIGUEZ ORTIZ, individually;
IRIS RODRIGUEZ, individually,

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendants, NEW GENERATION FOOD MARKET, INC.; FREDDY A. RODRIGUEZ; DIOGNE B. RODRIGUEZ ORTIZ and IRIS RODRIGUEZ (hereinafter "Defendants"), by and through their undersigned counsel and pursuant to 28 U.S.C. §§ 1441, 1446 and 1331, hereby file this Notice of Removal of this action to the United States District Court for the Southern District of Florida. The removal of this action is premised upon the following:

1. This is a notice of removal of an action filed by Plaintiff JUDITH RIVAS (hereinafter "Plaintiff") in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, Case No.: 2016-010444-CA-01, on or about May 20, 2016 (the "State Court Action"). Copies of all process, pleadings, and orders served on Defendants in the state court to date are attached hereto as **Exhibit A** and are incorporated herein by reference.

386632

2. Plaintiff's Complaint alleges a cause of action under the Family Medical Leave Act, 29 USC 2601 *et. seq.*, in Counts I and II, and under the Fair Labor Standards Act, 29 U.S.C. § 201 *et. seq.* ("FLSA") in Counts III, IV, V and VI.

3. Pursuant to 28 U.S.C. § 1331, the district courts shall have original jurisdiction of all civil actions arising under the laws of the United States. Thus, this Court has original jurisdiction over Plaintiff's claims arising under 29 U.S.C. §§ 201 *et. seq.* and 29 U.S.C. 2601, *et. seq.*, and this action is therefore removable under 28 U.S.C. § 1441 (a).

4. Defendants were served with the Complaint and summons on May 31, 2016. All Defendants consent to the removal of this action. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), in that it is filed within thirty (30) days from the date on which Plaintiff served process on Defendants.

5. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal has been filed with the Clerk of the Circuit Court, Eleventh Judicial Circuit, in and for Miami-Dade County, Florida. A copy of the Notice of Filing Notice of Removal is attached hereto as **Exhibit B.**

6. Defendants have complied with all of the requirements for removal under Title 28 of the United States Code, and this Court has jurisdiction over all the parties, and its territorial jurisdiction embraces the place where the State Court Action is pending.

WHEREFORE, Defendants hereby remove this action from the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, to the U.S. District Court for the Southern District of Florida.

Dated: **June 30, 2016**                               Respectfully submitted,

                                                       s/York M. Flik
                                                       York M. Flik
                                                       Florida Bar No. 0101109

386632

yflik@anblaw.com
ALLEN, NORTON & BLUE, P.A.
121 Majorca Avenue, Third Floor
Coral Gables, Florida 33134
Tel.:   (305) 445-7801
Fax:   (305) 442-1578
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via e-mail on this **30th day of June, 2016** upon:

Anthony M. Georges-Pierre, Esq.
Remer & Georges-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, FL 33130
Tel:  (305) 416-5000
Fax:  (305) 416-5005
Email: agp@rgpattorneys.com
Florida Bar No. 0533637
*Counsel for Plaintiff*

/s/York M. Flik
Attorney

3

386632