Exhibit A

Filing # 40712439 E-Filed 04/26/2016 10:41:54 AM

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075.

**I.    CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u>   COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>JUDITH RIVAS</u>
Plaintiff
                    vs.
<u>NEW  GENERATION  FOOD  MARKET,  INC.,  FREDDY  A.  RODRIGUEZ,  DIOGNE  B.  RODRIGUEZ
ORTIZ, IRIS RODRIGUEZ</u>
Defendant

**II.    TYPE OF CASE**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999

- ☐ Non-homestead residential foreclosure $250,00 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☒ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☒ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

III.   **REMEDIES SOUGHT** (check all that apply):
☒  Monetary;
☒  Non-monetary
☒  Non-monetary declaratory or injunctive relief;
☒  Punitive

IV.   **NUMBER OF CAUSES OF ACTION:** (      )
(Specify)

<u>6</u>

V.   **IS THIS CASE A CLASS ACTION LAWSUIT?**
☒  Yes
☐  No

VI.   **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒  No
☐  Yes – If "yes" list all related cases by name, case number and court:

VII.   **IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒  Yes
☐  No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature <u>s/ Anthony M Georges-Pierre</u>        FL Bar No.: <u>533637</u>
     Attorney or party                                                      (Bar number, if attorney)

    <u>Anthony M Georges-Pierre</u>    <u>04/26/2016</u>
      (Type or print name)                      Date

Filing # 40712439 E-Filed 04/26/2016 10:41:54 AM

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO.: _____

**JUDITH RIVAS**
And other similarly situated individuals,

      Plaintiff(s),

v.

**NEW GENERATION FOOD MARKET, INC.**
a Florida Profit Corporation, individually,
**FREDDY A. RODRIGUEZ**, individually;
**DIOGNE B. RODRIGUEZ ORTIZ**, individually;
**IRIS RODRIGUEZ**, individually;

      Defendant(s).

_____/

## COMPLAINT

    Plaintiff JUDITH RIVAS ("Plaintiff"), by and through the undersigned counsel, hereby

files this Complaint against Defendant, NEW GENERATION FOOD MARKET, INC., a Florida

Profit Corporation, individually; FREDDY A. RODRIGUEZ, individually; DIOGNE B.

RODRIGUEZ ORTIZ, individually; and IRIS RODRIGUEZ, individually; collectively

("Defendants"), and alleges as follows:

1. This is an action for damages that exceeds $15,000.00 exclusive of interest, attorney's

    fees and costs or costs for unpaid wages under the Fair Labor Standards Act, 29 U.S.C.

    §§ 201-219 ("FLSA") and Defendants' violations of the Family and Medical Leave Act,

    29 U.S.C. § 2601 *et seq.* ("FMLA").

2. This Court has jurisdiction over Plaintiff's FLSA claims pursuant to the 29 U.S.C. § 216.

3.  Plaintiff was at all times relevant to this action, resident of Miami-Dade County Florida, within the jurisdiction of this Honorable Court. Plaintiff is covered employee for purposes of the FLSA and FMLA.

4.  Defendant, NEW GENERATION FOOD MARKET, INC., a Florida Profit Corporation, having one of its locations in Miami-Dade County, Florida where Plaintiff worked for Defendant, and at all times material hereto was and is engaged in interstate commerce.

5.  Defendant, FREDDY A. RODRIGUEZ, is a corporate officer of, and exercised operational control over the activities of, corporate Defendant, NEW GENERATION FOOD MARKET, INC.

6.  Defendant, DIOGNE B. RODRIGUEZ ORTIZ, is a corporate officer of, and exercised operational control over the activities of, corporate Defendant, NEW GENERATION FOOD MARKET, INC.

7.  Defendant, IRIS RODRIGUEZ, is a corporate officer of, and exercised operational control over the activities of, corporate Defendant, NEW GENERATION FOOD MARKET, INC.

8.  Venue is proper in Miami-Dade County because all of the actions that form the basis of this Complaint occurred within Miami-Dade County and payment was due in Miami-Dade County.

9.  Declaratory, injunctive, legal and equitable relief sought pursuant to the laws set forth above together with attorneys' fees, costs and damages.

10. All conditions precedent for the filing of this action before this Court have been previously met, including the exhaustion of all pertinent administrative procedures and remedies.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

11. At all times relevant, Plaintiff was employed by Defendant on or about July 1, 2014, through on or about March 4, 2016.

12. Plaintiff was hired as a cashier.

13. Throughout her employment with Defendant, Plaintiff performed her duties in an exemplary fashion.

14. Throughout Plaintiff's employment, Plaintiff worked in excess of forty (40) hours per week.

15. Plaintiff was not paid at the proper overtime rate for hours worked in excess of forty (40) each week, as proscribed by the laws of the United States and the State of Florida.

16. Plaintiff, during relevant time period, from on or about from on or about November 2014, through on or about January 2016, worked approximately eight (8) overtime hours each week for which she was not paid 1.5 times her regular rate as provided by the FLSA.

17. On or about March 2015, Plaintiff complained to Defendants about not getting paid for her overtime hours, but Defendants told Plaintiff that they could not pay her for overtime because she was not working legally.

18. On or about December 2015, Plaintiff personally notified Defendants that she was pregnant and provided proof of pregnancy.

19. On or about December 2015, Defendants told Plaintiff that they would give her one month off when she was close to deliver the baby.

20. On or about March 4, 2016, Defendant, Iris Rodriguez, called Plaintiff and told her to take the day off.

21. On or about March 4, 2016, Defendant, Iris Rodriguez, called Plaintiff and told her she was terminated because they had someone else.

22. Defendants were deducting fifty dollars ($50.00) of every payment to Plaintiff, allegedly for taxes, but Plaintiff never received any tax forms from Defendants.

<u>COUNT I</u>
*Interference with Rights Under The FMLA*
**NEW GENERATION FOOD MARKET, INC.**

23. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1-22 above as if set out in full herein.

24. Plaintiff is an individual entitled to protection under the FMLA.

25. Plaintiff is an employee within the meaning of the FMLA.

26. Plaintiff engaged in protected activity within the meaning of the FMLA.

27. Defendant's actions interfered with Plaintiff's lawful exercise of FMLA rights.

28. Defendant's actions constitute violations of the FMLA.

29. As a result of Defendants' unlawful conduct, Plaintiff has suffered and continues to suffer damages.

**WHEREFORE**, Plaintiff respectfully prays for the following relief against Defendants:

a. Adjudge and decree that Defendants has violated the FMLA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

b. Enter a judgment requiring that Defendants pay Plaintiff appropriate back pay, front pay, benefits' adjustment, and prejudgment interest at amounts to be proved at trial for the unlawful employment practices described herein;

c. Enter an award against Defendants and award Plaintiff compensatory damages for mental anguish, personal suffering, and loss of enjoyment of life;

    d.  Award Plaintiff the costs of this action, together with a reasonable attorneys' fees; and

    e.  Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

**COUNT II**
***Retaliation Under the FMLA***
**NEW GENERATION FOOD MARKET, INC.**

30. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1-22 above as if set out in full herein.

31. Plaintiff is an individual entitled to protection under the FMLA.

32. Plaintiff is an employee within the meaning of the FMLA.

33. Plaintiff engaged in protected activity within the meaning of the FMLA.

34. Defendant retaliated against Plaintiff for exercising rights protected under the FMLA.

35. Defendant's actions constitute a violation of the FMLA.

36. As a result of Defendant's unlawful conduct, Plaintiff has suffered and continues to suffer damages.

**WHEREFORE,** Plaintiff respectfully prays for the following relief against Defendant:

    a.  Adjudge and decree that Defendants has violated the FMLA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

    b.  Enter a judgment requiring that Defendants pay Plaintiff appropriate back pay, front pay, benefits' adjustment, and prejudgment interest at amounts to be proved at trial for the unlawful employment practices described herein;

    c.  Enter an award against Defendants and award Plaintiff compensatory damages for mental anguish, personal suffering, and loss of enjoyment of life;

d.  Award Plaintiff the costs of this action, together with a reasonable attorneys' fees; and

e.  Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

**COUNT III**
*Wage & Hour Federal Statutory Violation against*
**NEW GENERATION FOOD MARKET, INC.**

37.  Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 22 of this complaint as if set out in full herein.

38.  This action is brought by Plaintiff to recover from Defendant unpaid wage compensation, as well as an additional amount as liquidated damages, costs, and reasonable attorney's fees under the provisions of 29 U.S.C. § 201 *et seq*.

39.  Jurisdiction is conferred on this Court by Title 29 U.S.C. § 216(b).

40.  At all times pertinent to this Complaint, Defendant operated as an organization which sells and/or markets its services and/or goods to customers from throughout the United States and also provides its services for goods sold and transported from across state lines of other states, and the Defendant obtains and solicits funds from non-Florida sources, accepts funds from non-Florida sources, uses telephonic transmissions going over state lines to do its business, transmits funds outside the State of Florida, and otherwise regularly engages in interstate commerce, particularly with respect to its employees.

41.  Upon information and belief, at all times material hereto, Defendant's annual gross revenue exceeded $500,000 per annum on its own, or as part of a joint enterprise with the other corporate Defendants named herein, or which are as of yet unknown but will be revealed through further discovery.  To the extent that Defendant operated as part of a

6

joint enterprise, it did so with corporate entities that performed related activities, under the common control of the individual Defendants, and for common business purposes related to the work performed by Plaintiff for Defendant.

42.  By reason of the foregoing, the Defendant is and was, during all times hereafter mentioned, an enterprise engaged in commerce or in the production of goods for commerce as defined in §§ 3 (r) and 3(s) of the FLSA, 29 U.S.C. § 203(r) and 203(s). Defendant's business activities involve those to which the Fair Labor Standards Act applies. The Plaintiff's work for the Defendant likewise affects interstate commerce.

43.  Plaintiff seeks to recover for unpaid wages accumulated from the date of hire and/or from three (3) years from the date of the filing of this complaint.

44.  Defendant knew and/or showed reckless disregard of the provisions of the FLSA concerning the payment of wages as required by the Fair Labor Standards Act and remain owing Plaintiff these unpaid wages since the commencement of Plaintiff's employment with Defendant as set forth above. As such, Plaintiff is entitled to recover double damages.

45.  To the extent that Defendant never posted any notice, as required by the Fair Labor Standards Act and Federal Law, to inform employees of their federal rights to overtime and minimum wage payments, the statute of limitations for Plaintiff's FLSA claims is equitably tolled. *See, e.g., Cruz v. Maypa*, 773 F.3d 138, 147 (4th Cir. 2014) (extending failure-to-post tolling in the ADEA context to the FLSA); *Yu G. Ke v. Saigon Grill, Inc.*, 595 F. Supp. 2d 240, 259 (S.D.N.Y. 2008) ("[F]ailure to provide required notice of the governing legal requirements may be a sufficient basis for tolling."); *Kamens v. Summit*

*Stainless, Inc.*, 586 F. Supp. 324, 328 (E.D. Pa. 1984) ("An employer's failure to post a statutorily required notice of this type tolls the running of any period of limitations.").

**WHEREFORE**, Plaintiff respectfully prays for the following relief against Defendant:

    A. Adjudge and decree that Defendant has violated the FLSA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

    B. Award Plaintiff actual damages in the amount shown to be due for unpaid wage compensation, with interest;

    C. Award Plaintiff an equal amount in double damages/liquidated damages;

    D. Award Plaintiff the costs of this action, together with a reasonable attorneys' fees; and

    E. Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

**COUNT IV**
*Wage & Hour Federal Statutory Violation against*
***FREDDY A. RODRIGUEZ***

46. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 22 of this complaint as if set out in full herein.

47. At the times mentioned, Defendant was, and is now, a corporate officer of corporate Defendant, NEW GENERATION FOOD MARKET, INC.

48. Defendant was an employer of Plaintiff within the meaning of Section 3(d) of the "Fair Labor Standards Act" [29 U.S.C. § 203(d)], in that this individual Defendant acted directly in the interests of Defendant employer in relation to the employees of Defendant employer, including Plaintiff.

49. Defendant had operational control of the business and is thus jointly liable for Plaintiff's

damages.

50.     Defendant willfully and intentionally refused to properly pay Plaintiff's wages as required by the law of the United States as set forth above and remains owing Plaintiff these wages since the commencement of Plaintiffs' employment with Defendant as set forth above.

**WHEREFORE**, Plaintiff respectfully prays for the following relief against Defendant:

   A. Adjudge and decree that Defendant has violated the FLSA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

   B. Award Plaintiff actual damages in the amount shown to be due for unpaid wage compensation, with interest;

   C. Award Plaintiff an equal amount in double damages/liquidated damages;

   D. Award Plaintiff the costs of this action, together with a reasonable attorneys' fees; and

   E. Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

## COUNT V
### *Wage & Hour Federal Statutory Violation against*
### *DIOGNE B. RODRIGUEZ ORTIZ*

51.     Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 22 of this complaint as if set out in full herein.

52.     At the times mentioned, Defendant was, and is now, a corporate officer of corporate Defendant, NEW GENERATION FOOD MARKET, INC.

53.     Defendant was an employer of Plaintiff within the meaning of Section 3(d) of the "Fair Labor Standards Act" [29 U.S.C. § 203(d)], in that this individual Defendant acted

directly in the interests of Defendant employer in relation to the employees of Defendant employer, including Plaintiff.

54.    Defendant had operational control of the business and is thus jointly liable for Plaintiff's damages.

55.    Defendant willfully and intentionally refused to properly pay Plaintiff's wages as required by the law of the United States as set forth above and remains owing Plaintiff these wages since the commencement of Plaintiffs' employment with Defendant as set forth above.

**WHEREFORE**, Plaintiff respectfully prays for the following relief against Defendant:

    A.  Adjudge and decree that Defendant has violated the FLSA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

    B.  Award Plaintiff actual damages in the amount shown to be due for unpaid wage compensation, with interest;

    C.  Award Plaintiff an equal amount in double damages/liquidated damages;

    D.  Award Plaintiff the costs of this action, together with a reasonable attorneys' fees; and

    E.  Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

<u>**COUNT VI**</u>
*Wage & Hour Federal Statutory Violation against*
*IRIS RODRIGUEZ*

56.    Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 22 of this complaint as if set out in full herein.

57.    At the times mentioned, Defendant was, and is now, a corporate officer of corporate

Defendant, NEW GENERATION FOOD MARKET, INC.

58.   Defendant was an employer of Plaintiff within the meaning of Section 3(d) of the "Fair Labor Standards Act" [29 U.S.C. § 203(d)], in that this individual Defendant acted directly in the interests of Defendant employer in relation to the employees of Defendant employer, including Plaintiff.

59.   Defendant had operational control of the business and is thus jointly liable for Plaintiff's damages.

60.   Defendant willfully and intentionally refused to properly pay Plaintiff's wages as required by the law of the United States as set forth above and remains owing Plaintiff these wages since the commencement of Plaintiffs' employment with Defendant as set forth above.

**WHEREFORE**, Plaintiff respectfully prays for the following relief against Defendant:

A.   Adjudge and decree that Defendant has violated the FLSA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

B.   Award Plaintiff actual damages in the amount shown to be due for unpaid wage compensation, with interest;

C.   Award Plaintiff an equal amount in double damages/liquidated damages;

D.   Award Plaintiff the costs of this action, together with a reasonable attorneys' fees; and

E.   Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

## JURY DEMAND

Plaintiff demands trial by jury of all issues triable as of right by jury.

Dated: _____4/25/16_____

Respectfully submitted,

Anthony M. Georges-Pierre, Esq.
Florida Bar No. 533637
**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler St., Suite 2200
Miami, FL 33130
Telephone: 305-416-5000
Facsimile: 305-416-5005
agp@rgpattorneys.com
apetisco@rgpattorneys.com
rregueiro@rgpattorneys.com
pn@rgpattorneys.com

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO.: _____

**JUDITH RIVAS**
And other similarly situated individuals,

      Plaintiff(s),

v.

**NEW GENERATION FOOD MARKET, INC.**
a Florida Profit Corporation, individually,
**FREDDY A. RODRIGUEZ**, individually;
**DIOGNE B. RODRIGUEZ ORTIZ**, individually;
**IRIS RODRIGUEZ**, individually;

      Defendant(s).

_____/

**SUMMONS IN A CIVIL CASE**

**NEW GENERATION FOOD MARKET, INC.**
Registered agent: **FREDDY A. RODRIGUEZ**
1820 SW 82nd Avenue
Miami, FL 33155

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____
CLERK                    DATE

_____
(BY) DEPUTY CLERK

13

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO.: _____

**JUDITH RIVAS**
And other similarly situated individuals,

      Plaintiff(s),

v.

**NEW GENERATION FOOD MARKET, INC.**
a Florida Profit Corporation, individually,
**FREDDY A. RODRIGUEZ**, individually;
**DIOGNE B. RODRIGUEZ ORTIZ**, individually;
**IRIS RODRIGUEZ**, individually;

      Defendant(s).

_____/

## SUMMONS IN A CIVIL CASE

**FREDDY A. RODRIGUEZ**
1820 SW 82nd Avenue
Miami, FL 33155

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

      ANTHONY M. GEORGES-PIERRE, ESQ.
      REMER & GEORGES-PIERRE, PLLC.
      44 WEST FLAGLER STREET. STE. 2200
      MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of
this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint.  You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

_____     _____
CLERK                                                      DATE


_____
(BY) DEPUTY CLERK

14

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO.: _____

**JUDITH RIVAS**
And other similarly situated individuals,

      Plaintiff(s),

v.

**NEW GENERATION FOOD MARKET, INC.**
a Florida Profit Corporation, individually,
**FREDDY A. RODRIGUEZ**, individually;
**DIOGNE B. RODRIGUEZ ORTIZ**, individually;
**IRIS RODRIGUEZ**, individually;

      Defendant(s).

_____/

### SUMMONS IN A CIVIL CASE

**DIOGNE B. RODRIGUEZ ORTIZ**
7965 SW 17th Terrace
Miami, FL 33155

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

      ANTHONY M. GEORGES-PIERRE, ESQ.
      REMER & GEORGES-PIERRE, PLLC.
      44 WEST FLAGLER STREET. STE. 2200
      MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____
CLERK                      DATE

_____
(BY) DEPUTY CLERK

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO.: _____

**JUDITH RIVAS**
And other similarly situated individuals,

      Plaintiff(s),

v.

**NEW GENERATION FOOD MARKET, INC.**
a Florida Profit Corporation, individually,
**FREDDY A. RODRIGUEZ**, individually;
**DIOGNE B. RODRIGUEZ ORTIZ**, individually;
**IRIS RODRIGUEZ**, individually;

      Defendant(s).

_____ /

**SUMMONS IN A CIVIL CASE**

**IRIS RODRIGUEZ**
7965 SW 17th Terrace
Miami, FL 33155

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

      ANTHONY M. GEORGES-PIERRE, ESQ.
      REMER & GEORGES-PIERRE, PLLC.
      44 WEST FLAGLER STREET. STE. 2200
      MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____
CLERK                 DATE

_____
(BY) DEPUTY CLERK

16

Filing # 41799784 E-Filed 05/20/2016 04:01:29 PM

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO.: 2016- 010444-CA-01

**JUDITH RIVAS**
And other similarly situated individuals,

      Plaintiff(s),

v.

**NEW GENERATION FOOD MARKET, INC.**
a Florida Profit Corporation, individually,
**FREDDY A. RODRIGUEZ**, individually;
**DIOGNE B. RODRIGUEZ ORTIZ**, individually;
**IRIS RODRIGUEZ**, individually;

      Defendant(s).

_____/

### SUMMONS IN A CIVIL CASE

**NEW GENERATION FOOD MARKET, INC.**
Registered agent: **FREDDY A. RODRIGUEZ**
1820 SW 82nd Avenue
Miami, FL 33155

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint. You must also file your answer with the
Clerk of this Court within a reasonable period of time after service.

_____   _____
CLERK                                                      DATE

_____
(BY) DEPUTY CLERK

13

Filing # 41799784 E-Filed 05/20/2016 04:01:29 PM

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO.: 2016-010444-(A-01

**JUDITH RIVAS**
And other similarly situated individuals,

      Plaintiff(s),

v.

**NEW GENERATION FOOD MARKET, INC.**
a Florida Profit Corporation, individually;
**FREDDY A. RODRIGUEZ**, individually;
**DIOGNE B. RODRIGUEZ ORTIZ**, individually;
**IRIS RODRIGUEZ**, individually;

      Defendant(s).

_____/

### SUMMONS IN A CIVIL CASE

**FREDDY A. RODRIGUEZ**
1820 SW 82nd Avenue
Miami, FL 33155

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

      ANTHONY M. GEORGES-PIERRE, ESQ.
      REMER & GEORGES-PIERRE, PLLC.
      44 WEST FLAGLER STREET. STE. 2200
      MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

_____    _____
CLERK                           DATE

_____
(BY) DEPUTY CLERK

Filing # 41799784 E-Filed 05/20/2016 04:01:29 PM

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO.: 2016-010444-CA-01

**JUDITH RIVAS**
And other similarly situated individuals,

      Plaintiff(s),

v.

**NEW GENERATION FOOD MARKET, INC.**
a Florida Profit Corporation, individually,
**FREDDY A. RODRIGUEZ**, individually;
**DIOGNE B. RODRIGUEZ ORTIZ**, individually;
**IRIS RODRIGUEZ**, individually;

      Defendant(s).

_____/

**SUMMONS IN A CIVIL CASE**

**DIOGNE B. RODRIGUEZ ORTIZ**
7965 SW 17th Terrace
Miami, FL 33155

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

      ANTHONY M. GEORGES-PIERRE, ESQ.
      REMER & GEORGES-PIERRE, PLLC.
      44 WEST FLAGLER STREET. STE. 2200
      MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____    _____
CLERK                       DATE

_____
(BY) DEPUTY CLERK

15

Filing # 41799784 E-Filed 05/20/2016 04:01:29 PM

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO.: 2016 - 010444 - CA - 01

**JUDITH RIVAS**
And other similarly situated individuals,

      Plaintiff(s),

v.

**NEW GENERATION FOOD MARKET, INC.**
a Florida Profit Corporation, individually,
**FREDDY A. RODRIGUEZ**, individually;
**DIOGNE B. RODRIGUEZ ORTIZ**, individually;
**IRIS RODRIGUEZ**, individually;

      Defendant(s).

_____/

## SUMMONS IN A CIVIL CASE

**IRIS RODRIGUEZ**
7965 SW 17th Terrace
Miami, FL 33155

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

      ANTHONY M. GEORGES-PIERRE, ESQ.
      REMER & GEORGES-PIERRE, PLLC.
      44 WEST FLAGLER STREET. STE. 2200
      MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____
CLERK                         DATE

_____
(BY) DEPUTY CLERK

Filing # 41799784 E-Filed 05/20/2016 04:01:29 PM

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO.: 2016- 010444 -CA- 01

**JUDITH RIVAS**
And other similarly situated individuals,

      Plaintiff(s),

v.

**NEW GENERATION FOOD MARKET, INC.**
a Florida Profit Corporation, individually,
**FREDDY A. RODRIGUEZ**, individually;
**DIOGNE B. RODRIGUEZ ORTIZ**, individually;
**IRIS RODRIGUEZ**, individually;

      Defendant(s).

_____/

### SUMMONS IN A CIVIL CASE

**NEW GENERATION FOOD MARKET, INC.**
Registered agent: **FREDDY A. RODRIGUEZ**
1820 SW 82nd Avenue
Miami, FL 33155

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

                            5/24/2016
_____
CLERK                        DATE

_Shedrick flowers_ 309876
_____
(BY) DEPUTY CLERK



Filing # 41799784 E-Filed 05/20/2016 04:01:29 PM

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO.: 2016- 010444 -(A-01

**JUDITH RIVAS**
And other similarly situated individuals,

      Plaintiff(s),

v.

**NEW GENERATION FOOD MARKET, INC.**
a Florida Profit Corporation, individually,
**FREDDY A. RODRIGUEZ**, individually;
**DIOGNE B. RODRIGUEZ ORTIZ**, individually;
**IRIS RODRIGUEZ**, individually;

      Defendant(s).

_____/

### SUMMONS IN A CIVIL CASE

**FREDDY A. RODRIGUEZ**
1820 SW 82nd Avenue
Miami, FL 33155

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

      ANTHONY M. GEORGES-PIERRE, ESQ.
      REMER & GEORGES-PIERRE, PLLC.
      44 WEST FLAGLER STREET. STE. 2200
      MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of
this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint.  You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

                         5/24/2016

CLERK                        DATE
          Shadrike Flores 309878

(BY) DEPUTY CLERK

Filing # 41799784 E-Filed 05/20/2016 04:01:29 PM

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO.: 2016-010444-CA-01

**JUDITH RIVAS**
And other similarly situated individuals,

       Plaintiff(s),

v.

**NEW GENERATION FOOD MARKET, INC.**
a Florida Profit Corporation, individually,
**FREDDY A. RODRIGUEZ**, individually;
**DIOGNE B. RODRIGUEZ ORTIZ**, individually;
**IRIS RODRIGUEZ**, individually;

       Defendant(s).

_____/

### SUMMONS IN A CIVIL CASE

**DIOGNE B. RODRIGUEZ ORTIZ**
7965 SW 17th Terrace
Miami, FL 33155

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

       ANTHONY M. GEORGES-PIERRE, ESQ.
       REMER & GEORGES-PIERRE, PLLC.
       44 WEST FLAGLER STREET. STE. 2200
       MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint. You must also file your answer with the
Clerk of this Court within a reasonable period of time after service.
       5/24/2016

CLERK _Shadreka Flaen 309876_ DATE

_____

(BY) DEPUTY CLERK

Filing # 41799784 E-Filed 05/20/2016 04:01:29 PM

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO.: 2016 - 010444 - CA - 01

**JUDITH RIVAS**
And other similarly situated individuals,

      Plaintiff(s),

v.

**NEW GENERATION FOOD MARKET, INC.**
a Florida Profit Corporation, individually,
**FREDDY A. RODRIGUEZ**, individually;
**DIOGNE B. RODRIGUEZ ORTIZ**, individually;
**IRIS RODRIGUEZ**, individually;

      Defendant(s).

_____/

## SUMMONS IN A CIVIL CASE

**IRIS RODRIGUEZ**
7965 SW 17th Terrace
Miami, FL 33155

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____    5/24/2016
CLERK                               DATE
      _Shadelle flacer_ 309876
_____
(BY) DEPUTY CLERK



16

Filing # 42241856 E-Filed 06/02/2016 12:57:10 PM

RETURN OF SERVICE

| State of FLORIDA | County of DADE | Circuit Court |
|---|---|---|

Case Number: 2016-010444-CA-01

Plaintiff:
**JUDITH RIVAS,**

vs.

Defendant:
**NEW GENERATION FOOD MARKET, INC., ET AL.,**

For:
Anthony M. Georges-Pierre
REMER & GEORGES-PIERRE, PLLC
44 W. Flagler Street
Ste 2200
Miami, FL 33130

Received by OJF SERVICES, INC. on the 26th day of May, 2016 at 2:32 pm to be served on **IRIS RODRIGUEZ, 7965 SW 17TH TERR, MIAMI, FL 33155.**

I, GREG SCHULTE, do hereby affirm that on the **31st day of May, 2016 at 8:39 pm, I:**

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** to: **IRIS RODRIGUEZ** at the address of: **7935 SW 17TH TERR, MIAMI, FL 33155** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**GREG SCHULTE**
CPS #245

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**
Our Job Serial Number: OJF-2016007794

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

Filing # 41799784 E-Filed 05/20/2016 04:01:29 PM

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO.: 2016 - 010444 - CA - 01

5/31

JUDITH RIVAS
And other similarly situated individuals,

      Plaintiff(s),

v.

NEW GENERATION FOOD MARKET, INC.
a Florida Profit Corporation, individually,
FREDDY A. RODRIGUEZ, individually;
DIOGNE B. RODRIGUEZ ORTIZ, individually;
IRIS RODRIGUEZ, individually;

      Defendant(s).

839P

P

### SUMMONS IN A CIVIL CASE

@ 7935 SW 19 ST

IRIS RODRIGUEZ
7965-SW 17ᵗʰ Terrace
Miami, FL 33155

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint. You must also file your answer with the
Clerk of this Court within a reasonable period of time after service.

                               5/24/2016
CLERK                           DATE

                  309876

(BY) DEPUTY CLERK

YES     NO

16

779L

Filing # 42241856 E-Filed 06/02/2016 12:57:10 PM

RETURN OF SERVICE

**State of FLORIDA**                    **County of DADE**                                    **Circuit Court**

Case Number: 2016-010444-CA-01

Plaintiff:
**JUDITH RIVAS,**

vs.

Defendant:
**NEW GENERATION FOOD MARKET, INC., ET AL.,**

For:
Anthony M. Georges-Pierre
REMER & GEORGES-PIERRE, PLLC
44 W. Flagler Street
Ste 2200
Miami, FL 33130

Received by OJF SERVICES, INC. on the 26th day of May, 2016 at 2:32 pm to be served on **DIOGNE B. RODRIGUEZ ORTIZ, 7965 SW 17TH TERR, MIAMI, FL 33155.**

I, GREG SCHULTE, do hereby affirm that on the **31st day of May, 2016 at 8:37 pm, I:**

**SUBSTITUTE - RESIDENTIAL:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **MIRANDA RODRIGUEZ as SPOUSE at the address of 7965 SW 17TH TERR, MIAMI, FL 33155,/** of the within named person's usual place of abode, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE. 92.525.

**GREG SCHULTE**
CPS #245

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**
Our Job Serial Number: OJF-2016007793

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n



Filing # 41799784 E-Filed 05/20/2016 04:01:29 PM

6

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO.: 2016-010444-CA-01

**JUDITH RIVAS**
And other similarly situated individuals,

      Plaintiff(s),

v.

**NEW GENERATION FOOD MARKET, INC.**
a Florida Profit Corporation, individually,
**FREDDY A. RODRIGUEZ**, individually;
**DIOGNE B. RODRIGUEZ ORTIZ**, individually;
**IRIS RODRIGUEZ**, individually;

      Defendant(s).

_____/

wife
Miranda
Rodriguez

837p

5/31

### SUMMONS IN A CIVIL CASE

**DIOGNE B. RODRIGUEZ ORTIZ**
7965 SW 17th Terrace
Miami, FL 33155

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint. You must also file your answer with the
Clerk of this Court within a reasonable period of time after service.

                               5/24/2016

CLERK _____ 309976     DATE

(BY) DEPUTY CLERK





YES  NO

l5

7793

Filing # 42241856 E-Filed 06/02/2016 12:57:10 PM

RETURN OF SERVICE

| State of FLORIDA | County of DADE | Circuit Court |
|---|---|---|

Case Number: 2016-010444-CA-01

Plaintiff:
**JUDITH RIVAS,**

vs.

Defendant:
**NEW GENERATION FOOD MARKET, INC., ET AL.,**

For:
Anthony M. Georges-Pierre
REMER & GEORGES-PIERRE, PLLC
44 W. Flagler Street
Ste 2200
Miami, FL 33130

Received by OJF SERVICES, INC. on the 26th day of May, 2016 at 2:32 pm to be served on **NEW GENERATION FOOD MARKET, INC, 1820 SW 82ND AVE, MIAMI, FL 33155.**

I, GREG SCHULTE, do hereby affirm that on the **31st day of May, 2016 at 8:35 pm, I:**

**CORPORATE:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **FREDDY RODRIGUEZ** as **REGISTERED AGENT** for **NEW GENERATION FOOD MARKET, INC**, at the address of: **1820 SW 82ND AVE, MIAMI, FL 33155**, and informed said person of the contents therein, in compliance with state statutes.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**GREG SCHULTE**
CPS #245

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**
Our Job Serial Number: OJF-2016007791

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

/g # 41799784 E-Filed 05/20/2016 04:01:29 PM

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO.: 2016-010449-CA-01

**JUDITH RIVAS**
And other similarly situated individuals,

    Plaintiff(s),

v.

**NEW GENERATION FOOD MARKET, INC.**
a Florida Profit Corporation, individually,
**FREDDY A. RODRIGUEZ**, individually;
**DIOGNE B. RODRIGUEZ ORTIZ**, individually;
**IRIS RODRIGUEZ**, individually;

    Defendant(s).

5/31
835 P
Freddy
Rodrizuez
RN

## SUMMONS IN A CIVIL CASE

**NEW GENERATION FOOD MARKET, INC.**
Registered agent: **FREDDY A. RODRIGUEZ**
1820 SW 82nd Avenue
Miami, FL 33155

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint. You must also file your answer with the
Clerk of this Court within a reasonable period of time after service.

                        5/24/2016

CLERK                      DATE

_____ 309876
(BY) DEPUTY CLERK

13

7791

Filing # 42241856 E-Filed 06/02/2016 12:57:10 PM

RETURN OF SERVICE

**State of FLORIDA**                **County of DADE**                **Circuit Court**

Case Number: 2016-010444-CA-01

Plaintiff:
**JUDITH RIVAS,**

vs.

Defendant:
**NEW GENERATION FOOD MARKET, INC., ET AL.,**

For:
Anthony M. Georges-Pierre
REMER & GEORGES-PIERRE, PLLC
44 W. Flagler Street
Ste 2200
Miami, FL 33130

Received by OJF SERVICES, INC. on the 26th day of May, 2016 at 2:32 pm to be served on **FREDDY A. RODRIGUEZ, 1820 SW 82ND AVE, MIAMI, FL 33155.**

I, GREG SCHULTE, do hereby affirm that on the **31st day of May, 2016 at 8:35 pm, I:**

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** to: **FREDDY A. RODRIGUEZ** at the address of: **1820 SW 82ND AVE, MIAMI, FL 33155** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

GREG SCHULTE
CPS #245

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**
Our Job Serial Number: OJF-2016007792

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

Filing # 41799784 E-Filed 05/20/2016 04:01:29 PM

6

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO.: 2016-010444-(A-01)

JUDITH RIVAS
And other similarly situated individuals,

       Plaintiff(s),

v.

NEW GENERATION FOOD MARKET, INC.
a Florida Profit Corporation, individually,
FREDDY A. RODRIGUEZ, individually;
DIOGNE B. RODRIGUEZ ORTIZ, individually;
IRIS RODRIGUEZ, individually;

       Defendant(s).

_____/

5/31
835P

P

## SUMMONS IN A CIVIL CASE

FREDDY A. RODRIGUEZ
1820 SW 82nd Avenue
Miami, FL 33155

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

6/24/2016

CLERK _____ 308876    DATE

(BY) DEPUTY CLERK



MILITARY

YES    NO

14

7792

Filing # 42471177 E-Filed 06/08/2016 12:20:00 PM

## RETURN OF SERVICE

| State of FLORIDA | County of DADE | Circuit Court |
| --- | --- | --- |

Case Number: 2016-010444-CA-01

Plaintiff:
**JUDITH RIVAS,**

vs.

Defendant:
**NEW GENERATION FOOD MARKET, INC., ET AL.,**

For:
Anthony M. Georges-Pierre
REMER & GEORGES-PIERRE, PLLC
44 W. Flagler Street
Ste 2200
Miami, FL 33130

Received by OJF SERVICES, INC. on the 26th day of May, 2016 at 2:32 pm to be served on **FREDDY A. RODRIGUEZ, 1820 SW 82ND AVE, MIAMI, FL 33155.**

I, GREG SCHULTE, do hereby affirm that on the **31st day of May, 2016 at 8:35 pm, I:**

**INDIVIDUAL/PERSONAL:**  served by delivering a true copy of the **SUMMONS AND COMPLAINT**  to: **FREDDY A. RODRIGUEZ** at the address of: **1820 SW 82ND AVE, MIAMI, FL 33155** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**GREG SCHULTE**
CPS #245

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**
Our Job Serial Number: OJF-2016007792

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

Filing # 42471961 E-Filed 06/08/2016 12:30:48 PM

RETURN OF SERVICE

| State of FLORIDA | County of DADE | Circuit Court |
|---|---|---|

Case Number: 2016-010444-CA-01

Plaintiff:
**JUDITH RIVAS,**

vs.

Defendant:
**NEW GENERATION FOOD MARKET, INC., ET AL.,**

For:
Anthony M. Georges-Pierre
REMER & GEORGES-PIERRE, PLLC
44 W. Flagler Street
Ste 2200
Miami, FL 33130

Received by OJF SERVICES, INC. on the 26th day of May, 2016 at 2:32 pm to be served on **DIOGNE B. RODRIGUEZ ORTIZ, 7965 SW 17TH TERR, MIAMI, FL 33155.**

I, GREG SCHULTE, do hereby affirm that on the **31st day of May, 2016** at **8:37 pm, I:**

**SUBSTITUTE - RESIDENTIAL:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **MIRANDA RODRIGUEZ** as **SPOUSE at the address of 7965 SW 17TH TERR, MIAMI, FL 33155,/** of the within named person's usual place of abode, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**GREG SCHULTE**
CPS #245

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**
Our Job Serial Number: OJF-2016007793

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n



Filing # 42471882 E-Filed 06/08/2016 12:29:48 PM

## RETURN OF SERVICE

| State of FLORIDA | County of DADE | Circuit Court |
|---|---|---|

Case Number: 2016-010444-CA-01

Plaintiff:
**JUDITH RIVAS,**

vs.

Defendant:
**NEW GENERATION FOOD MARKET, INC., ET AL.,**

For:
Anthony M. Georges-Pierre
REMER & GEORGES-PIERRE, PLLC
44 W. Flagler Street
Ste 2200
Miami, FL 33130

Received by OJF SERVICES, INC. on the 26th day of May, 2016 at 2:32 pm to be served on **IRIS RODRIGUEZ, 7965 SW 17TH TERR, MIAMI, FL 33155**.

I, GREG SCHULTE, do hereby affirm that on the **31st day of May, 2016 at 8:39 pm, I:**

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** to: **IRIS RODRIGUEZ** at the address of: **7935 SW 17TH TERR, MIAMI, FL 33155** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**GREG SCHULTE**
CPS #245

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**
Our Job Serial Number: OJF-2016007794

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

Filing # 42472049 E-Filed 06/08/2016 12:31:45 PM

RETURN OF SERVICE

**State of FLORIDA**                    **County of DADE**                    **Circuit Court**

Case Number: 2016-010444-CA-01

Plaintiff:
**JUDITH RIVAS,**

vs.

Defendant:
**NEW GENERATION FOOD MARKET, INC., ET AL.,**

For:
Anthony M. Georges-Pierre
REMER & GEORGES-PIERRE, PLLC
44 W. Flagler Street
Ste 2200
Miami, FL 33130

Received by OJF SERVICES, INC. on the 26th day of May, 2016 at 2:32 pm to be served on **NEW GENERATION FOOD MARKET, INC, 1820 SW 82ND AVE, MIAMI, FL 33155.**

I, GREG SCHULTE, do hereby affirm that on the **31st day of May, 2016** at **8:35 pm, I:**

**CORPORATE:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **FREDDY RODRIGUEZ** as **REGISTERED AGENT** for **NEW GENERATION FOOD MARKET, INC,** at the address of: **1820 SW 82ND AVE, MIAMI, FL 33155,** and informed said person of the contents therein, in compliance with state statutes.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**GREG SCHULTE**
CPS #245

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**
Our Job Serial Number: OJF-2016007791

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

Filing # 42990834 E-Filed 06/20/2016 04:49:07 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT, IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

JUDITH RIVAS,

      Plaintiff,

                               CASE NO.: 2016-010444-CA-07

v.

NEW GENERATION FOOD MARKET,
INC., a Florida Profit corporation; FREDDY A.
RODRIGUEZ, individually; DIOGNE B.
RODRIGUEZ ORTIZ, individually;
IRIS RODRIGUEZ, individually,

      Defendants.

_____/

### DEFENDANTS' AGREED MOTION FOR ENLARGEMENT OF TIME

Defendants, NEW GENERATION FOOD MARKET, INC., FREDDY A. RODRIGUEZ, DIOGNE B. RODRIGUEZ ORTIZ, and IRIS RODRIGUEZ ("Defendants"), by and through undersigned counsel, hereby file and serve the above-styled Agreed Motion for Enlargement of Time and respectfully state as follows:

    1.    Defendants are due to serve their response to Plaintiff's Complaint on Tuesday, June 21, 2016.

    2.    Defendants require additional time, up to and including, Friday, July 1, 2016, to serve their answer, response, or other pleading to Plaintiff's Complaint.

    3.    Undersigned counsel for Defendants conferred with Plaintiff's counsel, Anaeli C. Petisco, who has agreed to the requested enlargement of time.

    4.    The requested enlargement of time will not prejudice any party to this action.

WHEREFORE, based on the foregoing, Defendants respectfully move the Court to enter the agreed order attached hereto permitting Defendants up to and including Friday, July 1, 2016,

386360

1

to serve its answer, response or other pleading to Plaintiff's Complaint.

Respectfully Submitted,

/s/York M. Flik
York M. Flik
yflik@anblaw.com
Florida Bar No. 101109
Allen, Norton & Blue, P.A.
121 Majorca Avenue, Suite 300
Coral Gables, FL 33134
Tel:    305.445.7801
Fax:    305.442.1578

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **June 20, 2016**, I electronically filed the foregoing document with the Clerk of the Court using e-Filing Portal. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below in the manner specified, either via e-mail in accordance with Rule 2.516 or in some other authorized manner for those counsel or parties who are not authorized to receive electronic mailing.

Anthony M. Georges-Pierre, Esq.
Anaeli C. Petisco, Esq.
Remer & Georges-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, FL 33130
Tel. (305) 416-5000
Fax. (305) 416-5005
agp@rgpattorneys.com
apetisco@rgpattorneys.com
rregueiro@rgpattorneys.com
pn@rgpattorneys.com

/s/York M. Flik
Attorney

386360

2

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT, IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

JUDITH RIVAS,

      Plaintiff,

                                 CASE NO.: 2016-010444-CA-07

v.

NEW GENERATION FOOD MARKET,
INC., a Florida Profit corporation; FREDDY A.
RODRIGUEZ, individually; DIOGNE B.
RODRIGUEZ ORTIZ, individually;
IRIS RODRIGUEZ, individually,

      Defendants.

_____/

## AGREED ORDER

THIS MATTER having come before the Court on the Defendants' Agreed Motion for

Enlargement of Time, the Court having reviewed the Motion and being otherwise fully advised

in the premises, it is

ORDERED and ADJUDGED that Defendants' Motion is Granted.  Defendants shall

have until Friday, July 1, 2016, to serve their answer, response or other pleading in response to

Plaintiff's Complaint.

DONE AND ORDERED in Chambers in Miami-Dade County, Florida this ___ day of

_____, 2016.

                                _____

                                CIRCUIT COURT JUDGE

COPIES FURNISHED TO:
All Counsel of Record

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT, IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

JUDITH RIVAS,

      Plaintiff,

                                  CASE NO.: 2016-010444-CA-07

v.

NEW GENERATION FOOD MARKET,
INC., a Florida Profit corporation; FREDDY A.
RODRIGUEZ, individually; DIOGNE B.
RODRIGUEZ ORTIZ, individually;
IRIS RODRIGUEZ, individually,

      Defendants.

_____/

### AGREED ORDER

    THIS MATTER having come before the Court on the Defendants' Agreed Motion for

Enlargement of Time, the Court having reviewed the Motion and being otherwise fully advised

in the premises, it is

    ORDERED and ADJUDGED that Defendants' Motion is Granted. Defendants shall

have until Friday, July 1, 2016, to serve their answer, response or other pleading in response to

Plaintiff's Complaint.

    DONE AND ORDERED in Chambers at Miami-Dade County, Florida, on 06/21/16.

*Gisela Cardonne Ely*

GISELA CARDONNE ELY
CIRCUIT COURT JUDGE

> **No Further Judicial Action Required on THIS
> MOTION**
> **CLERK TO RECLOSE CASE IF POST
> JUDGMENT**

382055

1

The parties served with this Order are indicated in the accompanying 11th Circuit email confirmation which includes all emails provided by the submitter.  The movant shall IMMEDIATELY serve a true and correct copy of this Order, by mail, facsimile, email or hand-delivery, to all parties/counsel of record for whom service is not indicated by the accompanying 11th Circuit confirmation, and file proof of service with the Clerk of Court.

Signed original order sent electronically to the Clerk of Courts for filing in the Court file.

COPIES FURNISHED TO:
yflik@anblaw.com
agp@rgpattorneys.com
apetisco@rgpattorneys.com
rregueiro@rgpattorneys.com
pn@rgpattorneys.com